1  David C. Wakefield, Esq.   Bar #: 185736
2  Lightning Law, APC
   10620 Treena Street, Suite 230
3  San Diego, CA 92131
4  Telephone:  619.485.4300; Facsimile:  619.342.7755
   E-mail:     dcw@DMWakeLaw.com
5  Attorney for Plaintiff

6

7                UNITED STATES DISTRICT COURT
8                CENTRAL DISTRICT OF CALIFORNIA

9

10  **ROY DAVIS GASH;**                   | **Case #: 8:20cv01351-CJC-JDE**

11
                    **Plaintiff,**           **NOTICE OF SETTLEMENT OF**
12          **v.**                           **THE CASE IN ITS ENTIRETY**

13  **LA PALMA LLC; and DOES 1**
    **THROUGH 10, Inclusive**
14          Defendants                     [Local Rule]

15

16

17

18

19

20

21

22

23  ///
24  ///
25  ///
26  ///
27  ///
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff hereby provides Notice to the court that all the parties to this action have settled this matter which will cause the matter to be dismissed with prejudice in its entirety.   After completion and exchange of the settlement documentation and performances, the Parties intend to thereafter file a Dismissal With Prejudice of The Entire Case.  Plaintiff requests a settlement disposition conference within 45 days of today's date which can be deemed vacated if the filing of dismissal documents occurs prior to that date.

Dated:11-03-2020                                    **Lightning Law, APC**

                                    By: _/S/ David C. Wakefield_____
                                            David C. Wakefield, Esq.
                                            Attorney for Plaintiff

///

///

///

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

  I employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 10620 Treena Street, Suite 230, San Diego, CA 92131.  On the date stated below, I served the documents described below in the manner indicated below on all interested parties as stated on the attached service list:

1. **NOTICE OF SETTLEMENT OF THE CASE IN ITS ENTIRETY**

\_\_\_\_    **BY MAIL -**  I deposited such envelope in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

\_\_\_\_    **BY PERSONAL SERVICE** – I caused such envelope to be delivered by a process server employed by \_\_\_\_

\_\_\_\_    **VIA FACSIMILE** – I faxed said document, to the office(s) of the addressee(s) shown above, and the transmission was reported as complete and without error.

XX    **BY ECF ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this document by electronic transmission to the party (s) identified on the attached service list using the court supported ECF e-mail to the address(s) indicated.

\_\_\_\_    **BY OVERNIGHT DELIVERY** – I deposited such envelope for collection and delivery by the Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.  I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by Federal Express.  They are deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business.

\_\_\_\_    (State)        I declare under penalty of perjury under the laws of the State of

California that the above is true and correct.

**XX**    (Federal)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was mad.

Executed on 11-03-2020  at San Diego, California.

/s/_David C. Wakefield_____
DAVID C. WAKEFIELD

## SERVICE LIST

Jean M. Heinz
Heinz & Feinberg
401 W. A Street, Ste. 1710
San Diego, CA 92101
619-238-5454
619-238-0550 facsimile
jean@heinzfeinberg.com
Attorneys for Defendant